# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

Darrion Brown Plaintiff, )
)
)
v. City of Urbana )
Urbana Police department, Michael )
Richard Surles, Richard Coleman, Cervantes, )
Michael Hediger, Duane Smith, David Roesch )
James Kerner Defendant(s). )

Case No. 20-cv-2257

**FILED**
SEP 11 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

I. **JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

II. **PARTIES**

**Plaintiff:**

A. Plaintiff, a citizen of Illinois (state), who resides at 1357 N. Lincoln Ave. 1069, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:** Richard Surles

B. Defendant Michael Cervantes is employed as a
(a) (Name of First Defendant)
Police Officer/investigator
(b) (Position/Title)
with UPD 400 S. Vine Urbana IL 61802
(c) (Employer's Name and Address)

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

Arrested plaintiff w/o probable cause, failed to protect plaintiff from constitutional violatio

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #2:** Michael Cervantes

C.   Defendant ~~Richard Jones~~ is employed as a
     (a) (Name of Second Defendant)
Police officer
     (b) (Position/Title)
with UPD  400 S. Vine Urbana IL 61802
     (c) (Employer's Name and Address)

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

- Used improper and coersive procedures to Arrest plaintiff.
- Failed to protect plaintiff from violation of constitutional Rights (Spolitation of evidence)
- Falsified police reports

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

*(margin note: - unduly and suggestive photo ID of plaintiff)*

2

**Defendant #3:**

D.   Defendant **R. Coleman** is employed as a **Police officer**
(a) (Name of Third Defendant)
(b) (Position/Title)
with **UPD 400 S. Vine urbana IL 61802**
(c) (Employer's Name and Address)

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

Coercive and unduly Identification from Jesse Dixon 3 security guard

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Additional Defendant(s) (if any):**

E.   Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

3

## III. PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in federal court? Yes ☐ ☒ No

B.    If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

    1.    Parties to previous lawsuits:

        Plaintiff(s):

        Defendant(s):

    2.    Date of Filing:

    3.    Case Number:

    4.    Jurisdiction/Court:

    5.    Name of Judge:

    6.    Issues Raised:

    7.    Disposition of Case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

    8.    Date of Final Disposition:

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1. On or about __1/21/18__ (month,day,year), at approximately __11-2__ ☐ a.m. ☒ p.m., plaintiff was present in the municipality (or unincorporated area of) _____, in the County of __Champaign__, in the State of Illinois, at _____,

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

- ☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
- ☐ searched plaintiff or his property without a warrant and without reasonable cause;
- ☐ used excessive force upon plaintiff;
- ☒ failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;
- ☐ failed to provide plaintiff with necessary medical care;
- ☒ conspired together to violate one or more of plaintiff's civil rights;
- ☒ other *(please explain)*: 1) False arrest 2) Unlawful pretrial/post arrest detention 3) Supervisor liability 4) Indemnification 5) Spoliation of evidence 6) Intentional Infliction of emotional Distress 7) Malacious Prosecution 5. possession of stolen property.

2. Plaintiff was charged with one or more crimes, specifically: 1 (Agg. Battery w/ fire) 2. (Armed Robbery w/ fire)

3. The criminal proceedings *(check the box that applies)*:

- ☐ are still pending.
- ☒ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
- ☐ resulted in a finding of guilty on one or more of the charges.
- ☐ other: _____

_____

_____

5

4. Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

Det. Smith Rigged a photo line-up as obvious as arrow over my (Plaintiff's head). Considered unduly suggestive

Unlawful Post arrest/Pre-trial Detention

Defendants withheld and concealed exculpatory evidence

Defendants used improper 3 coercive procedures to implicate Plaintiff (me)

Defendants falsified police reports to implicate me (Plaintiff)

Defendants forged signatures to implicate plaintiff (me)

Defendants supervisors approved or condoned fabricated signatures.

Defendants Continued to prosecute defendant knowing above evidence to be fabricated and fraud.

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6. As a result of Defendant's conduct, plaintiff was injured as follows:
Loss of money, Property loss, Pain and suffering, Emotional Distress, Loss of enjoyment, loss of Consortium, bodily Injury, Loss of sleep, Character loss, embarrassment, lost time, fear, Deprivation of constitutional rights.

7. Plaintiff asks that this case be tried by a jury.  ☒ Yes   ☐ No

6

V.  PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $_____ to compensate for *(check all that apply)*:

    - ☐ bodily harm
    - ☐ emotional harm
    - ☐ pain and suffering
    - ☐ loss of income
    - ☐ loss of enjoyment of life
    - ☐ property damage

2. Punitive Damages:  ☒ Yes   ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: 9/11/20

Signature of Plaintiff: *Darrion Brown*

Plaintiff's Name *(print clearly or type)*: Darrion Brown

Mailing Address: 1357 N. Lincoln Ave. Apt. 1069

City: Urbana     State: IL     Zip: 61802

Plaintiff's Telephone Number: (217) 649-5234

7