# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**

## NOTICE OF ISSUANCE OF MANDATE

January 13, 2025

To:   Shig Yasunaga
      UNITED STATES DISTRICT COURT
      Central District of Illinois
      U.S. Courthouse
      Urbana, IL 61802-3369

| No. 24-1809 | DARRION BROWN,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>CITY OF URBANA, ILLINOIS, et al.,<br>　　　　Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:20-cv-02257-CSB-EIL<br>Central District of Illinois<br>Magistrate Judge Eric I. Long ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| CHOOSE ONE OF THE FOLLOWING: | no record to be returned |
|---|---|
| DATE OF COURT ORDER: | 12/09/2024 |

form name: **c7_Mandate**    (form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## PLRA C.R. 3(b) FINAL ORDER

January 13, 2025

|  | DARRION BROWN, |
|---|---|
|  | Plaintiff - Appellant |
| No. 24-1809 | v. |
|  | CITY OF URBANA, ILLINOIS, et al., |
|  | Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:20-cv-02257-CSB-EIL |
| Central District of Illinois |
| Magistrate Judge Eric I. Long |

The pro se appellant was DENIED leave to proceed on appeal in forma pauperis by the appellate court on December 9, 2024 and was given fourteen (14) days to pay the $605.00 filing fee. The pro se appellant has not paid the $605.00 appellate fee. Accordingly, **IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $605.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of *Section 1915(b)*. *Newlin v. Helman*, 123 F.3d 429, 433 (7th Cir. 1997).

form name: **c7_PLRA_3bFinalOrder**    (form ID: **142**)